IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PINNACLE TELEMARKETING, LTD., d/b/a PCSI, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV756 |
| v. | ) ) | |
| PAUL BLANCHARD and CATHERINE BLANCHARD, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint stipulation to dismiss (Filing No. 35). Pursuant thereto,

IT IS ORDERED:

1) This action is dismissed with prejudice, each party to pay its own costs.

2) All counterclaims against plaintiff are dismissed with prejudice, each party to pay their own costs.

DATED this 7th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court